Form 3 - DOOR WITH MILITARY


P1928852

**ELEFTERAKIS, ELEFTERAKIS & PANEK**    Civil Rights Wolf Pamphile
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

TREVOR LUCAS

                                                PLAINTIFF

- vs -

CITY OF NEW YORK ETAL

                                                DEFENDANT

index No. **19-cv-03494**
Date Filed
Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**KENNETH VEGA** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **09TH** day of **JULY, 2019 6:22PM** at

    **30 20TH AVENUE**
    **BAY SHORE NY 11706**

deponent attempted to make personal service of a true copy or copies of the
**SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED**
in the above entitled action upon **KEVIN DESORMEAU**
the **DEFENDANT** therein named.

Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the above address to wit: **06/18/2019, 11:45AM 06/20/2019, 9:08AM** ,
Deponent was unable to confirm the **DEFENDANT's** place of employment or work habits.

That personal service could not be made with due diligence upon the said **DEFENDANT** and therefore deponent on the **09TH** day of **JULY, 2019 at 6:22PM** at the above address, served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT KEVIN DESORMEAU** by affixing the same to the door of **the usual place of abode of the DEFENDANT** since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copy thereof.

On **07/12/2019** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS: DMV VERIFIED. WHITE DOOR, BLACK SCREEN DOOR**

Sworn to before me this
12TH day of JULY, 2019

_____
TIFFANY THOMPSON
Notary Public, State of New York
NO. 01TH6368449
Qualified in KINGS COUNTY
Commission Expires 12/11/2021

_____
KENNETH VEGA
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-JE1-1928852

2a