ROANNE L. MANN  DATE: October 8, 2019
UNITED STATES MAGISTRATE JUDGE  START: 11:00 Am
  END: 11:25 Am

DOCKET NO: 19-cv-3494
CASE: Lucas v. City of New York et al

☑ INITIAL CONFERENCE ☐ OTHER/ORDER TO SHOW CAUSE
☐ DISCOVERY CONFERENCE ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE ☐ TELEPHONE CONFERENCE
☐ MOTION HEARING ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Gabriel Harvis |
| | Baree Fett |
| | |

| DEFENDANT | ATTORNEY |
|---|---|
| | Joanne McLaren |
| | Aaron Ravenborg |
| | |

☐ **FACT** DISCOVERY TO BE COMPLETED BY May 8, 2020
☐ NEXT (settlement) CONFERENCE SCHEDULED FOR March 6, 2020 at 10 Am
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Initial disclosures shall be completed by October 22, 2019.
Pleadings may be amended and new parties added until November 22, 2019.
The Court grants plaintiff's application, without objection, to have until November 7, 2019 to serve defendant Catalina.
The Court defers setting deadlines for expert discovery and requests for a premotion conference.