UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREVOR LUCAS,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF NEW YORK, Former Detective KEVIN DESORMEAU, Detective STEPHEN LALCHAN, SHIELD NO. 6416, Detective ADAM GEORG, SHIELD NO. 4584, Detective JASON FRITZ, SHIELD NO. 6628, Lieutenant ROBERT BRACERO, Detective THOMAS REO, SHIELD NO. 5817, Detective DANIEL SJOBERG, SHIELD NO. 6444; Captain KEITH SHINE; Deputy Chief Inspector KEVIN T. CATALINA; JOHN and JANE DOE 1-10,<br><br>      Defendants. | **CERTIFICATE OF DEFAULT**<br><br>19 CV 3494 (FB) (RLM) |

  I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Kevin Desormeau has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Kevin Desormeau is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  December 18, 2019
     Brooklyn, New York

             DOUGLAS C. PALMER, Clerk of Court


            By: _/s/Jalitza Poveda_____
               Deputy Clerk