UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREVOR LUCAS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEW YORK, Former Detective KEVIN DESORMEAU, Detective STEPHEN LALCHAN, SHIELD NO. 6416, Detective ADAM GEORG, SHIELD NO. 4584, Detective JASON FRITZ, SHIELD NO. 6628, Lieutenant ROBERT BRACERO, Detective THOMAS REO, SHIELD NO. 5817, Detective DANIEL SJOBERG, SHIELD NO. 6444; Captain KEITH SHINE; Deputy Chief Inspector KEVIN T. CATALINA; JOHN and JANE DOE 1-10,<br><br>    Defendants. | **NOTICE OF MOTION FOR DEFAULT JUDGMENT**<br><br>19 CV 3494 (FB) (RLM) |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Gabriel P. Harvis and the exhibits annexed thereto, and upon all the prior pleadings and proceedings herein, plaintiff moves this Honorable Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant Kevin Desormeau on the grounds that said defendant failed to answer or otherwise defend against the complaint.

Dated:     New York, New York
            February 18, 2020

                                    ELEFTERAKIS, ELEFTERAKIS & PANEK

                            By:   _____
                                  Gabriel P. Harvis
                                  80 Pine Street, 38th Floor
                                  New York, New York 10005
                                  (212) 532-1116
                                  gharvis@eeplaw.com

To:     Joanne McLaren, Esq. (by ECF)
       *Attorney for defendant City of New York*

       Mr. Kevin Desormeau (by mail)
       30 20th Avenue
       Bay Shore, New York 11706