UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TREVOR LUCAS,

                     Plaintiff,

-against-

CITY OF NEW YORK, Former Detective KEVIN DESORMEAU, Detective STEPHEN LALCHAN, SHIELD NO. 6416, Detective ADAM GEORG, SHIELD NO. 4584, Detective JASON FRITZ, SHIELD NO. 6628, Lieutenant ROBERT BRACERO, Detective THOMAS REO, SHIELD NO. 5817, Detective DANIEL SJOBERG, SHIELD NO. 6444; Captain KEITH SHINE; Deputy Chief Inspector KEVIN T. CATALINA; JOHN and JANE DOE 1-10,

                     Defendants.
-------------------------------------------------------------------X

Index No.: 19 CV 3494 (FB)(RLM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK )

I, Wolf Pamphile, do affirm under the penalty of perjury: I am not a party to the action, am over 18 years of age and reside in Kings County, in the State of New York.

On February 18, 2020, I served a **Notice of Motion for Default Judgment, and Declaration of Gabriel P. Harvis in support of motion for default judgment with supporting exhibits** on Defendant by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of FEDEX within New York State, via express mail, addressed to the following:

                        MR. KEVIN DESORMEAU
                        30 20TH AVENUE
                        BAY SHORE, NEW YORK 11706

                                                           Wolf Pamphile

Notary Public
Sworn before me on the 18th day of February 2020

JANICE Q. RODRIGUEZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RO6301849
Qualified in Richmond County
My Commission Expires 04-28-2022