ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: March 17, 2020  
START: 10:00 AM  
END: 10:10 AM

DOCKET NO: 19-cv-3494

CASE: Lucas v. City of New York et al

- [ ] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [x] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [x] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Gabriel Harris |
|  | Baree Fett |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Joanne McLaren |
|  |  |
|  |  |

- [ ] **FACT** DISCOVERY TO BE COMPLETED BY June 12, 2020
- [ ] NEXT (settlement) CONFERENCE SCHEDULED FOR May 15, 2020 at 10AM
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

After telephonic discussions with counsel, the Court adjourns today's settlement conference to May 15, 2020, at 10:00 a.m. and extends fact discovery to June 12, 2020.